Jay D. Harker (SBN 167063)
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190
Email: jharker@clausen.com

Attorneys for Plaintiff SCOTTSDALE
INSURANCE COMPANY, as subrogee of
Straub-Martin Harris Joint Venture

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THERMACOR PROCESS, INC.,<br><br>Defendant.<br><br>And Cross-Action | CASE NO. 5:18-cv-00530 JFW (SPx)<br><br>The Hon. JOHN F. WALTER<br><br>[~~PROPOSED~~] **ORDER DISMISSING ALL CLAIMS AND CROSS-CLAIMS**<br><br>Trial Date: February 26, 2019 |

The parties' joint motion requesting that the Court dismiss all claims and cross-claims in this matter is GRANTED. IT IS HEREBY ORDERED that all claims and cross-claims in this matter are dismissed and that this matter shall be closed.

DATED: January 18, 2019

_____
UNITED STATES DISTRICT COURT